# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| LLOYD WILLIAMS, *on behalf of himself and all others similarly situated*,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ENCORE CAPITAL GROUP, INC.,<br>MIDLAND CREDIT MANAGEMENT,<br>INC., AND MIDLAND FUNDING LLC,<br>　　　　　Defendants. | Civil No. 2:19-cv-05252-JMG |

_____

## ORDER

**AND NOW**, this 18th day of December, 2020, upon consideration of Defendants' Motion to Compel Arbitration (ECF No. 18), Plaintiff's Response in Opposition to Defendants' Motion (ECF No. 22), and any responses thereto, **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/John M. Gallagher*
　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　United States District Court Judge