IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LLOYD WILLIAMS, *on behalf of himself and all others similarly situated*,<br>Plaintiff,<br><br>v.<br><br>ENCORE CAPITAL GROUP, INC., MIDLAND CREDIT MANAGEMENT, INC., AND MIDLAND FUNDING LLC,<br>Defendants. | Civil No. 2:19-cv-05252-JMG |

## ORDER

**AND NOW**, this 6th day of May, 2022, upon consideration of Defendants' motion for summary judgment (ECF No. 60) and all related responses, replies, and supplemental filings, it is hereby **ORDERED** as follows:

1. Defendants' motion is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff on all counts.

3. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

1