IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LLOYD WILLIAMS, *on behalf of himself and all others similarly situated*,<br>    Plaintiff,<br><br>    v.<br><br>ENCORE CAPITAL GROUP, INC., MIDLAND CREDIT MANAGEMENT, INC., AND MIDLAND FUNDING LLC,<br>    Defendants. | :<br>:<br>:<br>:<br>:   Civil No. 2:19-cv-05252-JMG<br>:<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 29th day of August, 2022, upon consideration of Plaintiff's motion for reconsideration (ECF No. 89) and Defendants' response, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

                BY THE COURT:


                */s/ John M. Gallagher*
                JOHN M. GALLAGHER
                United States District Court Judge